*Supreme Court, Appellate Division*
*Third Judicial Department*

Decided and Entered:  February 5, 2015          105307
                                                105325

_____

THE PEOPLE OF THE STATE OF
    NEW YORK,
                    Respondent,

        v                              MEMORANDUM AND ORDER

KENT F. AWER,
                    Appellant.
_____

Calendar Date:  December 2, 2014

Before:  Peters, P.J., Lahtinen, Garry and Rose, JJ.

                    _____

        Benjamin K. Bergman, Binghamton, for appellant, and
appellant pro se.

        Gerald F. Mollen, District Attorney, Binghamton (Joann Rose
Parry of counsel), for respondent.

                    _____

        Appeals, by permission, (1) from an order of the County
Court of Broome County (Cawley, J.), entered September 28, 2012,
which denied defendant's motion pursuant to CPL 440.10 to vacate
the judgments convicting him of the crimes of criminal possession
of a controlled substance in the third degree and criminal
possession of a controlled substance in the fourth degree,
without a hearing, and (2) from an order of said court (Smith,
J.), entered October 3, 2012, which denied defendant's motion
pursuant to CPL 440.10 to vacate the judgment convicting him of
the crime of criminal possession of a controlled substance in the
third degree, without a hearing.

        In 1996, defendant was convicted, following his pleas of
guilty, of criminal possession of a controlled substance in the

third degree and criminal possession of a controlled substance in the fourth degree, and was sentenced to concurrent prison terms in accordance with the plea agreements. Thereafter, in 1999, defendant pleaded guilty to criminal sale of a controlled substance in the third degree and was sentenced, as a second felony offender, to a prison term pursuant to the plea agreement. In 2012, defendant filed two CPL 440.10 motions seeking vacatur of the judgements of conviction on the ground that neither his attorneys nor County Court advised him of the deportation consequences of his plea. The motions were denied without hearings. By permission of this Court, defendant now appeals.

Appellate counsel seeks to be relieved of his assignment of representing defendant on the ground that there are no nonfrivolous issues to be raised on appeal. Upon our review of the record, counsel's brief, defendant's submission and the Court of Appeals' recent holding in People v Baret (23 NY3d 777 [2014], cert denied ___ US ___ [Jan. 12, 2015]), we agree. Accordingly, the orders are affirmed and counsel's request for leave to withdraw is granted (see People v Cruwys, 113 AD2d 979, 980 [1985], lv denied 67 NY2d 650 [1986]; see generally People v Stokes, 95 NY2d 633 [2001]).

Peters, P.J., Lahtinen, Garry and Rose, JJ., concur.

ORDERED that the orders are affirmed, and application to be relieved of assignment granted.

ENTER:

Robert D. Mayberger
Clerk of the Court